1  RICHARD P. DUANE (SBN 37880)
   DUANE & SELTZER, LLP
2  1936 University Avenue, Suite 355
   Berkeley, California 94704
3  Tel: (510) 841-8575
   E-mail: dickduane@duane-seltzer.com
4
   LIZBETH HASSE (SBN 104517)
5  CREATIVE INDUSTRY LAW GROUP
   155 Sansome Street, Suite 500
6  San Francisco, CA 94104
   Tel: (415) 433-4380
7  E-mail: lhasse@creativelawgroup.com

8  Attorneys for Defendant
   JOHN A. CHIANG
9  d/b/a "FCB INTERNATIONAL"

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND COURTHOUSE

14
   HUATAI USA, LLC                    Case No. C11-01855 PJH
15
            Plaintiff,                STIPULATED REQUEST FOR
16                                    ORDER EXTENDING
   v.                                 TIME FOR DEFENDANT TO FILE
17                                    RULE 12 MOTION IN RESPONSE
   JOHN A. CHIANG d/b/a                TO FIRST AMENDED COMPLAINT
18 "FCB INTERNATIONAL"                AND ANSWER TO FIRST AMENDED
                                      COMPLAINT
19          Defendants.
                                      [Local Rules 6-2, 7-12]
20 _____/

21

22       WHEREFORE IT IS AGREED AND STIPULATED AS FOLLOWS:

23       1) Defendant filed a Rule 12(b) Motion to Dismiss the original complaint on May 27,

24 2011.  Plaintiff did not file an opposition, and instead filed a First Amended Complaint on June

25 21, 2011.

26
                                        -1-
27

28 HUATAI USA, LLC v. JOHN CHIANG d/b/a "FCB INTERNATIONAL"
   Case No. C11-01855 PJH
   Stipulation for Extension of Time To Answer

2) Pursuant to Federal Rule of Civil Procedure 15(a)(2) Defendant consents to the filing of Plaintiff's First Amended Complaint on June 21, 2011.

3) The deadline for filing Defendant's Answer to the First Amended Complaint to be filed is July 5, 2011 under Rule 15(a)(3).

4) Defendant John Chiang, d/b/a "FCB International" intends to file a Rule 12 Motion to Dismiss ("Rule 12 Motion") and/or Strike the First Amended Complaint and seeks an extension of time to file an Answer to the First Amended Complaint until after the Court rules on Defendant's Rule 12 Motion.

5) Should the Court deny any relief sought by Defendant's Rule 12 Motion, the parties agree that the time within which Defendant's Answer to the First Amended Complaint shall be extended to 14 days after the Court's ruling on Defendant's Rule 12 Motion.

6) Should the Court grant, in whole or in part, any relief sought by Rule 12 Defendant's Motion, and a responsive pleading is required, the parties agree that the time within which Defendant's Answer is to be filed shall be determined by the Order of the Court in its ruling on Defendant's Rule 12 Motion.

7) The parties also hereby request that the Court extend the time within which Defendant

/
/
/
/
/
/
/
/
/

-2-

HUATAI USA, LLC v. JOHN CHIANG d/b/a "FCB INTERNATIONAL"
Case No. C11-01855 PJH
Stipulation for Extension of Time To Answer

1  must file his Rule 12 Motion until July 8, 2011.

2      IT IS SO STIPULATED.

4  Dated:   June 29, 2011         /s/
                                          SIOBHAN COLE
                                          Attorney for Plaintiff
                                          HUATAI USA, LLC

7  Dated:   June 29, 2011         /s/
                                          RICHARD DUANE
                                          Attorney for Defendant
                                          JOHN CHIANG, d/b/a "FCB INTERNATIONAL"

## ORDER

After considering the Stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1) Defendant John Chiang is granted an extension of time to file an Answer to the First Amended Complaint until 14 days after the Court's ruling on Defendant's Rule 12 Motion or as the Court may otherwise order; and

2) Defendant John Chiang is granted an extension of time to file his Rule 12 Motion through to July 8, 2011.

SO ORDERED.

DATED: 7/1/11    _____

HON. _____
Judge _____

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*United States District Court, Northern District of California*

-3-

HUATAI USA, LLC v. JOHN CHIANG d/b/a "FCB INTERNATIONAL"
Case No. C11-01855 PJH
Stipulation for Extension of Time To Answer