UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUATAI USA, LLC,

    Plaintiff,

v.

JOHN A. CHIANG d/b/a FCB INTERNATIONAL,

    Defendant.
_____/

No. C 11-1855 PJH

**ORDER**

Because of conflicts in the court's schedule, the date for the hearing on the pending motion to dismiss, previously set for August 24, 2011, has been CONTINUED to Wednesday, September 14, 2011, at 9:00 a.m.

Plaintiff's request to appear at the hearing by telephone is DENIED. The court cannot accommodate telephone appearances during its Law and Motion Calendar.

**IT IS SO ORDERED.**

Dated: August 11, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge