1    Richard Duane (SBN 37880)
     Duane & Seltzer LLP
2    1936 University Ave., Suite 355
     Berkeley, CA  94704
3    Tel: (510) 841-8575
     E-mail: dickduane@duane-seltzer.com
4

5    Lizbeth Hasse (SBN 104517)
     Creative Industry Law Group
6    155 Sansome Street, Suite 500
     San Francisco, CA 94104
7    Tel: (415) 433-4380
     E-mail: lhasse@creativelawgroup.com
8

9    Attorneys for Defendant
     John A. Chiang d/b/a/ FCB International

10

11                        UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13

14   HUATAI USA, LLC,                      Case No.:  4:11-cv-01855-PJH

15               Plaintiff,

16                                         STIPULATION TO CONTINUE
          vs.                              DATE OF HEARING ON
17                                         PENDING MOTION TO DISMISS
     JOHN A CHIANG d/b/a "FCB
18   INTERNATIONAL,"

19               Defendant.                Dated:      September 14, 2011
                                           Time:       9:00 a.m.
20                                         Courtroom: 3
                                           Judge:      Hon. Phyllis Hamilton
21

22
          Defendant's Motion to Dismiss First Amended Complaint is pending.  The Court, by its
23
     Order dated August 11, 2011 continued the hearing date on the motion to September 14, 2011.
24
     Richard Duane, Defendant's lead counsel, will be out of the country on that date.
25
                                           1

HUATAI USA, LLC v. JOHN CHIANG d/b/a "FCB INTERNATIONAL"
Case No. C11-01855 PJH
STIPULATION TO CONTINUE DATE OF HEARING ON MOTION TO DISMISS

1    WHEREFORE IT IS AGREED AND STIPULATED AS FOLLOWS:

2         1)  Due to Richard Duane's unavailability on the current hearing date, September 14,

3    2011, on Defendant's Motion to Dismiss First Amended Complaint, the parties agree to continue

4    the date of the hearing.

5         2) The parties have conferred and agree to continue the date of the hearing on

6    Defendant's Motion to Dismiss to October  12, 2011.

7         3)  In light of the need for a continuance of the hearing date on Defendant's Motion to

8    Dismiss, the parties respectfully request the Court continue the Initial Case Management

9    Conference currently scheduled on September 29, 2011 to a date after the hearing on the pending

10   Motion to Dismiss.

11

12

13   Dated:  August 25, 2011            _____/s/_____
                                        RICHARD DUANE
14                                      Attorney for Defendant
                                        JOHN CHIANG d/b/a "FCB INTERNATIONAL"
15

16   Dated:  August 25, 2011            _____/s/_____
                                        SIOBHAN COLE
17                                      Attorney for Plaintiff
                                        HUATAI USA, LLC
18

19
                                        **ORDER**
20
          PURSUANT TO STIPULATION, IT IS SO ORDERED.
21

22

23   Dated: __8/26/11_____    _____
                                        HON. PHYLLIS
24                                      Judge, U.S. Distri

25                                           2

HUATAI USA, LLC v. JOHN CHIANG d/b/a "FCB INTERNATIONAL"
Case No. C11-01855 PJH
STIPULATION TO CONTINUE DATE OF HEARING ON MOTION TO DISMISS