Richard Duane (SBN 37880)
Duane & Seltzer LLP
1936 University Ave., Suite 355
Berkeley, CA  94704
Tel: (510) 841-8575
E-mail: dickduane@duane-seltzer.com

Lizbeth Hasse (SBN 104517)
Creative Industry Law Group
155 Sansome Street, Suite 500
San Francisco, CA 94104
Tel: (415) 433-4380
E-mail: lhasse@creativelawgroup.com

Attorneys for Defendant
John A. Chiang d/b/a/ FCB International

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUATAI USA, LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOHN A CHIANG d/b/a "FCB INTERNATIONAL,"<br><br>            Defendant. | Case No.:  4:11-cv-01855-PJH<br><br>STIPULATION TO CONTINUE DATE OF HEARING ON PENDING MOTION TO DISMISS<br><br>Dated:         September 14, 2011<br>Time:          9:00 a.m.<br>Courtroom:  3<br>Judge:         Hon. Phyllis Hamilton |

Defendant's Motion to Dismiss First Amended Complaint is pending.  The Court, by its Order dated August 11, 2011 continued the hearing date on the motion to September 14, 2011.  Richard Duane, Defendant's lead counsel, will be out of the country on that date.

1

WHEREFORE IT IS AGREED AND STIPULATED AS FOLLOWS:

1) Due to Richard Duane's unavailability on the current hearing date, September 14, 2011, on Defendant's Motion to Dismiss First Amended Complaint, the parties agree to continue the date of the hearing.

2) The parties have conferred and agree to continue the date of the hearing on Defendant's Motion to Dismiss to October 12, 2011.

3) In light of the need for a continuance of the hearing date on Defendant's Motion to Dismiss, the parties respectfully request the Court continue the Initial Case Management Conference currently scheduled on September 29, 2011 to a date after the hearing on the pending Motion to Dismiss.

Dated: August 25, 2011        _____/s/_____
                              RICHARD DUANE
                              Attorney for Defendant
                              JOHN CHIANG d/b/a "FCB INTERNATIONAL"

Dated: August 25, 2011        _____/s/_____
                              SIOBHAN COLE
                              Attorney for Plaintiff
                              HUATAI USA, LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/26/11                _____
                              HON. PHYLLIS
                              Judge, U.S. District

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court Northern District of California]*

2

HUATAI USA, LLC v. JOHN CHIANG d/b/a "FCB INTERNATIONAL"
Case No. C11-01855 PJH
STIPULATION TO CONTINUE DATE OF HEARING ON MOTION TO DISMISS