1   RICHARD P. DUANE (SBN 37880)
    DUANE & SELTZER, LLP
2   1936 University Avenue, Suite 355
    Berkeley, California 94704
3   Tel: (510) 841-8575
    Fax: (510) 845-3016
4
    Attorney for Defendant
5   JOHN A. CHIANG
    d/b/a "FCB INTERNATIONAL"
6

7

8              UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

9                          OF THE STATE OF CALIFORNIA

10                             OAKLAND COURTHOUSE

11
    HUATAI USA, LLC                          Civil Action No. C11-01855 PJH
12
              Plaintiff,                     STIPULATION EXTENDING TIME
13                                           FOR DEFENDANT JOHN CHIANG,
    v.                                       d/b/a 'FCB INTERNATIONAL" TO
14                                           FILE ANSWER TO FIRST AMENDED
    JOHN A. CHIANG d/b/a                     COMPLAINT
15  "FCB INTERNATIONAL"

16            Defendants.
    _____/
17

18       Overview

19       Plaintiff's First Amended Complaint alleges breach of contract and seeks replevin of

20  certain products shipped to mainland China.  Defendant filed a Rule 12 Motion to Dismiss the

21  First Amended Complaint and a hearing was held on October 12, 2011.  Defendant's motion was

22  denied.  The Court ordered Defendant to answer the First Amended Complaint within 21 days of

23  the date of the Court's order, or November 2, 2011.

24       Defendant seeks additional time within which to answer the First Amended Complaint.

25  Therefore, pursuant to Civil Local Rule 6-1(b) the parties hereby make a stipulated request for an

26  order extending the time within which Defendant may answer the First Amended Complaint.

27

28                                      -1-

1  Defendant's counsel requires additional time to review the complex issues relating to Plaintiff's

2  claims and Defendant's potential counterclaims in light of the Court's ruling on Defendant's Rule

3  12 Motion to Dismiss.

4      The parties stipulated and on July 1, 2011, the Court granted an extension of time for

5  Defendant to answer the First Amended Complaint until after the hearing and ruling on

6  Defendant's 12 Motion to Dismiss.

7      An initial case management conference by phone is set in this action for November 17,

8  2011.  The agreement between the parties to extend time for Defendant to answer will not alter

9  the date of any event or any deadline already fixed by Court order.

10      WHEREFORE IT IS AGREED AND STIPULATED AS FOLLOWS:

11      1) Defendant John Chiang, d/b/a "FCB International" may file an answer to the First

12  Amended Complaint at any time up to and including November 7, 2011.

13      IT IS SO STIPULATED.

14  Dated: _____       _____/s/_____

15                                      SIOBHAN COLE
                                        Attorney for Plaintiff
16                                      HUATAI USA, LLC

17  Dated: _____       _____/s/_____

18                                      RICHARD DUANE
                                        Attorney for Defendant
19                                      JOHN CHIANG, d/b/a "FCB INTERNATIONAL"

20

21      SO ORDERED.

22  Dated: ___11/1/11_____

23      HONOR_____TON

24

25      Judge Phyllis J. Hamilton

26

27

28

-2-

HUTAI USA, LLC v. JOHN A CHIANG d/b/a "FCB INTERNATIONAL"
Stipulation Extending Time for Answer to First Amended Complaint