Richard Duane (SBN 37880)
Duane & Seltzer LLP
1936 University Ave., Suite 355
Berkeley, CA  94704
Tel: (510) 841-8575
E-mail: dickduane@duane-seltzer.com

Lizbeth Hasse (SBN 104517)
Creative Industry Law Group
155 Sansome Street, Suite 500
San Francisco, CA 94104
Tel: (415) 433-4380
E-mail: lhasse@creativelawgroup.com

Attorneys for Defendant
John A. Chiang d/b/a/ FCB International

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUATAI USA, LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>JOHN A CHIANG d/b/a "FCB INTERNATIONAL,"<br><br>            Defendant. | Case No.:  4:11-cv-01855-PJH<br><br>STIPULATION EXTENDING TIME FOR DEFENDANT JOHN CHIANG d/b/a "FCB INTERNATIONAL" TO SERVE RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS |

During the Case Management Conference in this matter, held November 17, 2011, all parties agreed to exchange Initial Disclosures on or before December 19, 2011 and also to exchange written discovery requests as soon as possible.  Accordingly, Plaintiff served

HUATAI USA, LLC v. JOHN CHIANG d/b/a "FCB INTERNATIONAL"
Case No. C11-01855 PJH
STIPULATION EXTENDING TIME FOR DEFENDANT TO
SERVE DISCOVERY RESPONSES

1

1   Defendant with its First Set of Interrogatories and Requests for Production of Documents on
2   November 21, 2011 and Defendant's responses thereto are currently due on December 21, 2011.
3         However, due to medical problems with his eyesight, Defendant John A. Chiang is
4   currently unable to (1) return to the United States from China prior to December 21, 2011 and/or
5   (2) read documents necessary for him to provide responses to Plaintiff's first set of written
6   discovery.
7         In addition, Defendant may have in his possession or may be bringing back from China
8   documents that may be responsive to Plaintiff's discovery and/or required to be disclosed under
9   F.R.C.P. Rule 26.  Defendant reserves the right to supplement the Initial Disclosures and
10  documents produced on December 19, 2011.
11        WHEREFORE IT IS AGREED AND STIPULATED AS FOLLOWS:
12        1)  All parties will exchange Initial Disclosures and documents on Monday, December
13  19, 2011.
14        2)  The deadline for Defendant's Responses to Plaintiff's First Set of Interrogatories and
15  Document Requests is hereby extended until January 4, 2012.
16        IT IS SO STIPULATED.

Dated:  December 19, 2011            _____/s/_____
                                     RICHARD DUANE
                                     Attorney for Defendant
                                     JOHN CHIANG d/b/a "FCB INTERNATIONAL"


Dated:  December 19, 2011            _____/s/_____
                                     MICHAEL ONUFRAK
                                     Attorney for Plaintiff
                                     HUATAI USA, LLC

HUATAI USA, LLC v. JOHN CHIANG d/b/a "FCB INTERNATIONAL"
Case No. C11-01855 PJH
STIPULATION EXTENDING TIME FOR DEFENDANT TO
SERVE DISCOVERY RESPONSES

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/20/11

_____
HON. PHYLLIS J. HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

HUATAI USA, LLC v. JOHN CHIANG d/b/a "FCB INTERNATIONAL"
Case No. C11-01855 PJH
STIPULATION EXTENDING TIME FOR DEFENDANT TO
SERVE DISCOVERY RESPONSES