1

Richard Duane (SBN 37880)
Duane & Seltzer LLP

2

1936 University Ave., Suite 355
Berkeley, CA  94704

3

Tel: (510) 841-8575

4

E-mail: dickduane@duane-seltzer.com

5

Lizbeth Hasse (SBN 104517)
Creative Industry Law Group

6

155 Sansome Street, Suite 500
San Francisco, CA 94104

7

Tel: (415) 433-4380
E-mail: lhasse@creativelawgroup.com

8

Attorneys for Defendant

9

John A. Chiang d/b/a/ FCB International

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

14

HUATAI USA, LLC,

Case No.:  4:11-cv-01855-PJH

15

Plaintiff,

16

vs.

STIPULATION EXTENDING TIME
FOR DEFENDANT JOHN CHIANG
d/b/a "FCB INTERNATIONAL" TO
SERVE RESPONSES TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES
AND DOCUMENT REQUESTS

17

JOHN A CHIANG d/b/a "FCB
INTERNATIONAL,"

18

19

Defendant.

20

21

22

During the Case Management Conference in this matter, held November 17, 2011, all

23

parties agreed to exchange Initial Disclosures on or before December 19, 2011 and also to

24

exchange written discovery requests as soon as possible.  Accordingly, Plaintiff served

25

HUATAI USA, LLC v. JOHN CHIANG d/b/a "FCB INTERNATIONAL"
Case No. C11-01855 PJH
STIPULATION EXTENDING TIME FOR DEFENDANT TO
SERVE DISCOVERY RESPONSES

Defendant with its First Set of Interrogatories and Requests for Production of Documents on November 21, 2011 and Defendant's responses thereto are currently due on December 21, 2011.

However, due to medical problems with his eyesight, Defendant John A. Chiang is currently unable to (1) return to the United States from China prior to December 21, 2011 and/or (2) read documents necessary for him to provide responses to Plaintiff's first set of written discovery.

In addition, Defendant may have in his possession or may be bringing back from China documents that may be responsive to Plaintiff's discovery and/or required to be disclosed under F.R.C.P. Rule 26.  Defendant reserves the right to supplement the Initial Disclosures and documents produced on December 19, 2011.

WHEREFORE IT IS AGREED AND STIPULATED AS FOLLOWS:

1)  All parties will exchange Initial Disclosures and documents on Monday, December 19, 2011.

2)  The deadline for Defendant's Responses to Plaintiff's First Set of Interrogatories and Document Requests is hereby extended until January 4, 2012.

IT IS SO STIPULATED.

Dated:  December 19, 2011          _____/s/_____
                                  RICHARD DUANE
                                  Attorney for Defendant
                                  JOHN CHIANG d/b/a "FCB INTERNATIONAL"


Dated:  December 19, 2011          _____/s/_____
                                  MICHAEL ONUFRAK
                                  Attorney for Plaintiff
                                  HUATAI USA, LLC

HUATAI USA, LLC v. JOHN CHIANG d/b/a "FCB INTERNATIONAL"
Case No. C11-01855 PJH
STIPULATION EXTENDING TIME FOR DEFENDANT TO
SERVE DISCOVERY RESPONSES

1

## <u>ORDER</u>

2
PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4
Dated: <u>12/20/11</u>



5
~~HON. PHYLLIS J. HAMILTON~~

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
HUATAI USA, LLC v. JOHN CHIANG d/b/a "FCB INTERNATIONAL"
Case No. C11-01855 PJH
STIPULATION EXTENDING TIME FOR DEFENDANT TO
SERVE DISCOVERY RESPONSES