1  Michael N. Onufrak (PA SBN 43064)
   E-mail: onufrakm@whiteandwilliams.com
2  Siobhan Cole (PA SBN 209234)
   E-mail: coles@whiteandwilliams.com
3  WHITE and WILLIAMS, LLP
   1650 Market Street
4  One Liberty Place, Suite 1800
   Philadelphia, PA 19103-7395
5  Tel.: (215) 864-7174   Fax: (215) 864-7123
   *Admitted Pro hac vice*
6
   Daniel W. Maguire, (SBN 120002)
7  E-mail: dmaguire@bwslaw.com
   J. Leah Castella, (SBN 205990)
8  E-mail: lcastella@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
9  1901 Harrison Street, Suite 900
   Oakland, CA 94612-3501
10 Tel: (510) 273-8780   Fax: (510) 839-9104

11 Attorneys for Plaintiff
   HUATAI USA, LLC
12
   Richard P. Duane (SBN 37880)
13 DUANE & SELTZER LLP
   1936 University Avenue, Suite 355
14 Berkeley, CA 94704
   Tel: (510) 841-8575   Fax: (510) 845-3016
15
   Attorneys for Defendant
16 JOHN A. CHIANG d/b/a "FCB
   INTERNATIONAL"
17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20

21 HUATAI USA, LLC,                    Case No. 4:11-cv-01855-PJH

22              Plaintiff,             **STIPULATION FOR DISMISSAL WITH
                                       PREJUDICE AND ORDER**
23       v.
                                       Judge: Hon. Phyllis Hamilton
24 JOHN A. CHIANG d/b/a "FCB
   INTERNATIONAL,
25
                Defendant.
26

27 ///

28 ///

BURKE, WILLIAMS &                                               CASE NO. 4:11-CV-01855-PJH
SORENSEN, LLP      OAK #4837-3773-0062 v1      - 1 -         STIPULATION FOR DISMISSAL
ATTORNEYS AT LAW                                                       WITH PREJUDICE
LOS ANGELES

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Huatai USA, LLC, and Defendant John A. Chiang d/b/a "FCB International" hereby stipulate that this action and all claims Plaintiff asserted against Defendant, as well as all counterclaims Defendant asserted against Plaintiff in this action, are hereby dismissed *with prejudice*. This Stipulation for Dismissal is filed pursuant to the terms and conditions of the Confidential Settlement Agreement and Mutual Release executed by the parties to this matter. Each party is to bear its own costs and attorneys' fees. The Clerk shall close this file.

Dated: March 16, 2012

Respectfully submitted,

**WHITE AND WILLIAMS, LLP**

By: /s/ Michael N. Onufrak
Michael N. Onufrak
Attorneys for Plaintiff
HUATAI USA, LLC

Dated: March 16, 2012

**DUANE & SELTZER LLP**

By: /s/ Richard P. Duane
Richard P. Duane
Attorneys for Defendant
JOHN A. CHIANG d/b/a "FCB INTERNATIONAL"

SO ORDERED:

Dated: 3/20/12

HON. PHYLLIS J. HAMILTON
Judge, U.S. District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

OAK #4837-3773-0062 v1

- 2 -

CASE NO. 4:11-CV-01855-PJH
STIPULATION FOR DISMISSAL
WITH PREJUDICE