1   Michael N. Onufrak (PA SBN 43064)
    E-mail: onufrakm@whiteandwilliams.com
2   Siobhan Cole (PA SBN 209234)
    E-mail: coles@whiteandwilliams.com
3   WHITE and WILLIAMS, LLP
    1650 Market Street
4   One Liberty Place, Suite 1800
    Philadelphia, PA 19103-7395
5   Tel.: (215) 864-7174   Fax: (215) 864-7123
    *Admitted Pro hac vice*
6
    Daniel W. Maguire, (SBN 120002)
7   E-mail: dmaguire@bwslaw.com
    J. Leah Castella, (SBN 205990)
8   E-mail: lcastella@bwslaw.com
    BURKE, WILLIAMS & SORENSEN, LLP
9   1901 Harrison Street, Suite 900
    Oakland, CA 94612-3501
10  Tel: (510) 273-8780   Fax: (510) 839-9104

11  Attorneys for Plaintiff
    HUATAI USA, LLC
12
    Richard P. Duane (SBN 37880)
13  DUANE & SELTZER LLP
    1936 University Avenue, Suite 355
14  Berkeley, CA  94704
    Tel: (510) 841-8575   Fax: (510) 845-3016
15
    Attorneys for Defendant
16  JOHN A. CHIANG d/b/a "FCB INTERNATIONAL"

17

18                   UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20

21  HUATAI USA, LLC,                          Case No. 4:11-cv-01855-PJH

22              Plaintiff,                    **STIPULATION FOR DISMISSAL WITH PREJUDICE** AND ORDER

23        v.
                                              Judge: Hon. Phyllis Hamilton
24  JOHN A. CHIANG d/b/a "FCB INTERNATIONAL,

25              Defendant.

26

27  ///

28  ///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

OAK #4837-3773-0062 v1                - 1 -                CASE NO. 4:11-CV-01855-PJH
                                                           STIPULATION FOR DISMISSAL
                                                           WITH PREJUDICE

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Huatai USA, LLC, and Defendant
2  John A. Chiang d/b/a "FCB International" hereby stipulate that this action and all claims Plaintiff
3  asserted against Defendant, as well as all counterclaims Defendant asserted against Plaintiff in
4  this action, are hereby dismissed *with prejudice*. This Stipulation for Dismissal is filed pursuant
5  to the terms and conditions of the Confidential Settlement Agreement and Mutual Release
6  executed by the parties to this matter. Each party is to bear its own costs and attorneys' fees. The
7  Clerk shall close this file.

Dated: March 16, 2012

Respectfully submitted,

**WHITE AND WILLIAMS, LLP**

By: /s/ Michael N. Onufrak
Michael N. Onufrak
Attorneys for Plaintiff
HUATAI USA, LLC

Dated: March 16, 2012

**DUANE & SELTZER LLP**

By: /s/ Richard P. Duane
Richard P. Duane
Attorneys for Defendant
JOHN A. CHIANG d/b/a "FCB INTERNATIONAL"

SO ORDERED:

Dated: 3/20/12

HON. PHYLLIS J. HAMILTON
Judge, U.S. District Court

[SEAL: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

OAK #4837-3773-0062 v1

- 2 -

CASE NO. 4:11-CV-01855-PJH
STIPULATION FOR DISMISSAL
WITH PREJUDICE